Matter of Conway v Stoughtenger (2023 NY Slip Op 02258)

Matter of Conway v Stoughtenger

2023 NY Slip Op 02258

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, BANNISTER, AND OGDEN, JJ.

407 CAF 22-00811

[*1]IN THE MATTER OF ERIN CONWAY, PETITIONER-RESPONDENT,
v
ANDREW STOUGHTENGER, RESPONDENT-APPELLANT. 

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (SARA A. GOLDFARB OF COUNSEL), FOR RESPONDENT-APPELLANT.
JOSEPH P. MORAWSKI, SYRACUSE, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Onondaga County (Ann L. Magnarelli, A.J.), entered May 6, 2022 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted petitioner sole legal and physical custody with respect to the subject children. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court